# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JERMAINE DUANE IRVIN-BEY**                                                                 **PLAINTIFF**

**v.**             **CASE NO. 2:20-CV-00084 BSM**

**DEWAYNE HENDRIX, Warden,**
**FCI–FORREST CITY**                                                                               **DEFENDANT**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge J. Thomas Ray [Doc. No. 5] has been received. After carefully reviewing the record, the RD is adopted. Jermaine Irvin-Bey's petition for a writ of habeas corpus [Doc. No. 1] is denied, and this case is dismissed without prejudice. The clerk is directed not to file any new habeas petition from Irvin-Bey without prior approval from chambers.

IT IS SO ORDERED this 10th day June, 2020.

_____
UNITED STATES DISTRICT JUDGE